WILLIAM E. HOBLITZELLE, 3d, ET AL. *v.* ROGER J. FRECHETTE ET AL.

RULING ON THE PLAINTIFFS' "MOTION TO DISPENSE WITH PRINTING OF BRIEFS AND ASSIGN FOR ORAL ARGUMENT" IN THE RESERVATION FROM THE SUPERIOR COURT IN NEW HAVEN COUNTY

It appears from the hearing on the motion that the case is not ready for argument. The record has been printed. The defendants oppose the motion and demand the benefit of the period of time provided by the rules for the preparation of briefs. Consequently, the motion is denied.

*Robert I. Berdon,* for the plaintiffs.

*Thomas F. Keyes, Jr.,* for the named defendant et al.

*Sonja Goldstein* and *Leander C. Gray,* for the defendants Kelly et al.

Argued December 8—decided December 8, 1967

STATE OF CONNECTICUT *v.* YVONNE STANLEY

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is granted.

*Joseph D. Harbaugh,* chief public defender, in support of the petition.

*Michael A. Rakosky,* assistant prosecuting attorney, in opposition.